FBI No. 741296 ?

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

John Steven Romero

**WARRANT FOR ARREST**

FILED
07 NOV 20 AM 9:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PM        DEPUTY

CASE NUMBER: 07 MJ 2674

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____John Steven Romero_____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

RECEIVED
2007 NOV 16 AM 8:04
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

charging him or her with (brief description of offense)

Assault on a federal officer: forcible intimidation of a federal officer designated in 18 U.S.C. § 1114, while engaged in the performance of his official duties.

DATE 11/16/07
ARRESTED BY S/A Daniel Munoz

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title _____ United States Code, Section(s) 111.

**NITA L. STORMES**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

_____
Signature of Deputy

San Diego CA   11-15-07
Date and Location

Bail fixed at $ __To Beset in Court__ [Bail]  by  [signature] Nita Stormes
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'              IRS              1399
                                           (Assault on Fed. Officer)