1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5 Attorneys for Mr. Romero

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 07mj2674 |
| 12 Plaintiff, ) | |
| 13 v. ) | **NOTICE OF APPEARANCE** |
| 14 JOHN STEVE ROMERO, ) | |
| 15 Defendant. ) | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20 Respectfully submitted,

22 Dated: November 26, 2007        /s/ *Candis Mitchell*
        **CANDIS L. MITCHELL**
23        Federal Defenders of San Diego, Inc.
        Attorneys for Mr. Romero
24        Candis_Mitchell@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  November 26, 2007                     /s/  *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mithcell@fd.org